**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1895**

REBECCA MURRAY,

              Plaintiff - Appellant,

         v.

J. LA RON LOCKE, State Medical Examiner,

              Defendant – Appellee,

         and

MILTON TELLINGTON & AGENCY; TRI STATE FUNERAL SERVICE;
UNION MEMORIAL HOSPITAL; BALTIMORE CITY POLICE DEPARTMENT,

              Defendants,

         v.

RAJAC AYASH, M.D.,

              Movant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, District Judge.
(1:08-cv-00353-JFM)

Submitted:  December 16, 2008     Decided:  December 19, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Rebecca Murray, Appellant Pro Se.    Charles Frederick Ryland, Assistant Attorney General, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rebecca Murray seeks to appeal the district court's order dismissing her wrongful death action as barred by the statute of limitations. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on July 3, 2008. The notice of appeal was filed on August 8, 2008. Because Murray failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3